UNITED STATES of America, Plaintiff–Appellee,

v.

Jimmie Allen KEARNEY, Jr., Defendant–Appellant.

No. 01–6599.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 23, 2001.

Decided Aug. 30, 2001.

Jimmie Allen Kearney, Jr., pro se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jimmie Allen Kearney, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Kearney,* Nos. CR–96–141; CA–99–688–5–BO (E.D.N.C. Mar. 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*